**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00101-CV**

_____

**DOMINGO MUNOZ, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,**
**Appellee**

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 11-25886

**MEMORANDUM OPINION**

Domingo Munoz filed a notice of appeal but failed to file a brief. On September 24, 2012, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On October 23, 2012, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

1

APPEAL DISMISSED.

                                        _____
                                        HOLLIS HORTON
                                        Justice

Submitted on November 13, 2012
Opinion Delivered November 29, 2012
Before McKeithen, C.J., Gaultney and Horton, JJ.